# THE WEITZ LAW FIRM, P.A.

**MEMO ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023

February 2, 2023

<u>VIA CM/ECF</u>
Honorable Judge Valerie E. Caproni
United States District Court, SDNY
40 Foley Square, Courtroom: 443
New York, NY 10007-1312

    Re:    Vuppala v. Laz Parking, LLC, et al.
              Case 1:22-cv-07968-VEC

Dear Judge Caproni:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 10, 2023, at 10:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 9 & D.E. 10]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile:  (305) 704-3877
    Email: bbw@weitzfirm.com

---

Application GRANTED in part. The initial pretrial conference scheduled for February 10, 2023, is hereby CANCELLED. Defendants' deadline to answer, move, or otherwise respond to the complaint remains **February 10, 2023**. If Defendants do not respond by the deadline, Plaintiff's deadline to move for Default Judgment, pursuant to the Undersigned's Individual Practices, is **February 17, 2023**.

Plaintiff is directed to serve a copy of this endorsement on Defendants, along with a copy of the pending motion to amend the complaint (Dkt. 13-15), and file proof of service of these materials by no later than **February 7, 2023**.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: 2/6/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE