# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-0806 Main
jacksonlewis.com

March 10, 2023

**Via ECF**
Hon. Valerie E. Caproni
United States District Judge
United States District Court - Southern District of New York
40 Foley Square
New York, New York 10007

          Re:    Vuppala v. Laz Parking, LLC et al.
                 Case No.: 1:22-cv-07968-VEC

Dear Judge Caproni:

      We represent Defendant LAZ Parking, LLC in connection with the above-referenced matter. We write, jointly with Plaintiff's counsel, to advise the Court that Plaintiff Vuppala and Defendant LAZ Parking, LLC have reached a settlement in principle and are in the process of finalizing the terms of a settlement agreement. Accordingly, the parties respectfully request all upcoming deadlines with respect to LAZ Parking, LLC are adjourned *sine die* so that the parties can concentrate on finalizing the settlement agreement.

      We thank the Court for its time and consideration of this matter.

                                Respectfully submitted,

                                JACKSON LEWIS P.C.

                                */s/Jason Mattar*
                                Jason Mattar, Esq.

cc:    Counsel of record for all parties (*via ECF*)

4874-6216-3030, v. 1