UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KIRAN VUPPALA,                                          CASE NO: 1:22-cv-07968-VEC

    Plaintiff,

vs.

LAZ PARKING, LLC, a Connecticut limited
liability company, d/b/a LAZ PARKING –
SEAPORT DISTRICT, PIER 17, and 250
SEAPORT DISTRICT, LLC, a Delaware
limited liability company,

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiff, KIRAN VUPPALA, (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses LAZ PARKING, LLC, a Connecticut limited liability company, d/b/a LAZ PARKING - SEAPORT DISTRICT, PIER 17, and 250 SEAPORT DISTRICT, LLC, a Delaware limited liability company, without prejudice in this action.

Dated: This 17th day of March, 2023.

                                                    Respectfully submitted,

                                                  By: /S/ B. Bradley Weitz
                                                        B. Bradley Weitz, Esq.
                                                        THE WEITZ LAW FIRM, P.A.
                                                        Bank of America Building
                                                        18305 Biscayne Blvd., Suite 214
                                                        Aventura, Florida 33160
                                                         Telephone:  (305) 949-7777
                                                        Facsimile:   (305) 704-3877
                                                        Email: bbw@weitzfirm.com
                                                        *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

KIRAN VUPPALA,  CASE NO: 1:22-cv-07968-VEC

    Plaintiff,

vs.

LAZ PARKING, LLC, a Connecticut limited
liability company, d/b/a LAZ PARKING –
SEAPORT DISTRICT, PIER 17, and 250
SEAPORT DISTRICT, LLC, a Delaware
limited liability company,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /S/ B. Bradley Weitz
   B. Bradley Weitz, Esq.
   THE WEITZ LAW FIRM, P.A.
   Attorney for Plaintiff
   Bank of America Building
   18305 Biscayne Blvd., Suite 214
   Aventura, Florida 33160
   Telephone: (305) 949-7777
   Facsimile: (305) 704-3877
   Email: bbw@weitzfirm.com

## SERVICE LIST

***Vuppala v. Laz Parking, LLC  et al.***
Case No.: 1:22-cv-07968-VEC
United States District Court, Southern District of New York

Joseph James DiPalma, Esq.
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
Tel: (914)-872-6920
Fax: (914)-946-2492
Email: joseph.dipalma@jacksonlewis.com
*Attorneys for Laz Parking, LLC*
**VIA CM/ECF**

250 Seaport District, LLC
C/O Corporation Service Company
80 State Street
Albany, NY 12207-2543
**VIA U.S. MAIL**